IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>    vs.<br><br>MIGUEL ANGEL ORELLANA,<br><br>            Defendant. | Case No. 3:02-CR-00114-JKS<br>3:04-CV-00198-JKS<br><br>**JUDGMENT<br>IN A § 2255 CASE** |

\_\_\_    **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X    **DECISION BY COURT**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's application for post-conviction relief pursuant to 28 U.S.C. § 2255 is **DISMISSED** with prejudice.  A certificate of appealability will be issued for the limited issue of whether *United States v. Booker*, 543 U.S. 220 (2005) should be applied retroactively.

APPROVED:

/s/ James K. Singleton, Jr.
    **JAMES K. SINGLETON, JR.**
       United States District Judge

| | |
|---|---|
| July 12, 2006<br>Date | IDA ROMACK<br>Clerk |
| | DAN MAUS<br>(By) Deputy Clerk |

JUDGMENT IN A CIVIL CASE

1